UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD MUTAVA,

                  Plaintiff,

         -against-

UNITED STATES OF AMERICA, ET AL.,

               Defendants.

25cv6594 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 21, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 23, 2026
           New York, New York

                      /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
              Chief United States District Judge